Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-250-641**

**Effective Date of Registration:**
April 12, 2021

**Registration Decision Date:**
May 11, 2021

---

## Title

    **Title of Work:** Xmas panda

## Completion/Publication

    **Year of Completion:** 2015
    **Date of 1st Publication:** August 05, 2015
    **Nation of 1st Publication:** Hungary

## Author

-     **Author:** Balazs Solti
    **Author Created:** 2-D artwork
    **Work made for hire:** No
    **Citizen of:** Hungary
    **Year Born:** 1979

## Copyright Claimant

    **Copyright Claimant:** Balazs Solti
    Vagohid u. 3/A 302, 1097 Budapest, Hungary

## Rights and Permissions

    **Organization Name:** Law Offices of John R. Mugno
    **Name:** John Robert Mugno
    **Email:** johnmugno@aol.com
    **Telephone:** (212)925-3474
    **Address:** 233 Broadway - Suite 2348
    New York, NY 10279 United States

## Certification

Title of Work: Xmas panda
Year of Completion: 2015
Date of 1st Publication: August 05, 2015



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-250-630**
**Effective Date of Registration:**
April 12, 2021
**Registration Decision Date:**
May 11, 2021

## Title

    **Title of Work:** Bad panda

## Completion/Publication

    **Year of Completion:** 2015
    **Date of 1st Publication:** January 26, 2015
    **Nation of 1st Publication:** Hungary

## Author

    • **Author:** Balazs Solti
    **Author Created:** 2-D artwork
    **Work made for hire:** No
    **Citizen of:** Hungary
    **Year Born:** 1979

## Copyright Claimant

    **Copyright Claimant:** Balazs Solti
    Vagohid u. 3/A 302, 1097 Budapest, Hungary

## Rights and Permissions

    **Organization Name:** Law Offices of John R. Mugno
    **Name:** John Robert Mugno
    **Email:** johnmugno@aol.com
    **Telephone:** (212)925-3474
    **Address:** 233 Broadway - Suite 2348
    New York, NY 10279 United States

## Certification

Title of Work: Bad panda
Year of Completion: 2015
Date of 1st Publication: January 26, 2015



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-250-706**

**Effective Date of Registration:**
April 12, 2021
**Registration Decision Date:**
May 12, 2021

## Title

    **Title of Work:** Being normal is boring

## Completion/Publication

    **Year of Completion:** 2014
    **Date of 1st Publication:** August 23, 2014
    **Nation of 1st Publication:** Hungary

## Author

    • **Author:** Balazs Solti
    **Author Created:** 2-D artwork
    **Work made for hire:** No
    **Citizen of:** Hungary
    **Year Born:** 1979

## Copyright Claimant

    **Copyright Claimant:** Balazs Solti
    Vagohid u. 3/A 302, 1097 Budapest, Hungary

## Rights and Permissions

    **Organization Name:** Law Offices of John R. Mugno
    **Name:** John Robert Mugno
    **Email:** johnmugno@aol.com
    **Telephone:** (212)925-3474
    **Address:** 233 Broadway - Suite 2348
    New York, NY 10279 United States

## Certification

Title of Work: Being normal is boring
Year of Completion: 2014
Date of 1st Publication: August 23, 2014



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-249-771**

**Effective Date of Registration:**
April 12, 2021
**Registration Decision Date:**
May 05, 2021

---

## Title

        **Title of Work:** Stay cool

## Completion/Publication

     **Year of Completion:** 2019
    **Date of 1st Publication:** June 01, 2019
    **Nation of 1st Publication:** Hungary

## Author

          • **Author:** Balazs Solti
       **Author Created:** 2-D artwork
    **Work made for hire:** No
          **Citizen of:** Hungary
         **Year Born:** 1979

## Copyright Claimant

     **Copyright Claimant:** Balazs Solti
          Vagohid u. 3/A 302, 1097 Budapest, Hungary

## Rights and Permissions

     **Organization Name:** Law Offices of John R. Mugno
             **Name:** John Robert Mugno
           **Email:** johnmugno@aol.com
       **Telephone:** (212)925-3474
         **Address:** 233 Broadway - Suite 2348
                   New York, NY 10279 United States

## Certification

Title of Work: Stay Cool
Year of Completion: 2019
Date of 1st Publication: June 01, 2019



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-249-774**

**Effective Date of Registration:**
April 12, 2021

**Registration Decision Date:**
May 05, 2021



---

## Title

**Title of Work:** Summer koala

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** March 05, 2018
**Nation of 1st Publication:** Hungary

## Author

- **Author:** Balazs Solti
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** Hungary
  **Year Born:** 1979

## Copyright Claimant

**Copyright Claimant:** Balazs Solti
Vagohid u. 3/A 302, 1097 Budapest, Hungary

## Rights and Permissions

**Organization Name:** Law Offices of John R. Mugno
**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

Page 1 of 2

Title of Work: Summer koala
Year of Completion: 2018
Date of 1st Publication: March 05, 2018



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-250-635**

**Effective Date of Registration:**
April 12, 2021
**Registration Decision Date:**
May 11, 2021

## Title

**Title of Work:** All you need is love

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** January 29, 2014
**Nation of 1st Publication:** Hungary

## Author

- **Author:** Balazs Solti
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** Hungary
  **Year Born:** 1979

## Copyright Claimant

**Copyright Claimant:** Balazs Solti
Vagohid u. 3/A 302, 1097 Budapest, Hungary

## Rights and Permissions

**Organization Name:** Law Offices of John R. Mugno
**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

Page 1 of 2

Title of Work: All you need is love
Year of Completion: 2014
Date of 1st Publication: January 29, 2014



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-249-663**
**Effective Date of Registration:**
April 12, 2021
**Registration Decision Date:**
May 04, 2021



## Title

**Title of Work:** The winner

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** January 02, 2013
**Nation of 1st Publication:** Hungary

## Author

- **Author:** Balazs Solti
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** Hungary
  **Year Born:** 1979

## Copyright Claimant

**Copyright Claimant:** Balazs Solti
Vagohid u. 3/A 302, 1097 Budapest, Hungary

## Rights and Permissions

**Organization Name:** Law Offices of John R. Mugno
**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

Page 1 of 2

Title of Work: The winner
Year of Completion: 2013
Date of 1st Publication: January 02, 2013



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-250-644**

**Effective Date of Registration:**
April 12, 2021
**Registration Decision Date:**
May 11, 2021

## Title
- **Title of Work:** Winter koala

## Completion/Publication
- **Year of Completion:** 2017
- **Date of 1st Publication:** October 30, 2017
- **Nation of 1st Publication:** Hungary

## Author
- **Author:** Balazs Solti
- **Author Created:** 2-D artwork
- **Work made for hire:** No
- **Citizen of:** Hungary
- **Year Born:** 1979

## Copyright Claimant
- **Copyright Claimant:** Balazs Solti
  Vagohid u. 3/A 302, 1097 Budapest, Hungary

## Rights and Permissions
- **Organization Name:** Law Offices of John R. Mugno
- **Name:** John Robert Mugno
- **Email:** johnmugno@aol.com
- **Telephone:** (212)925-3474
- **Address:** 233 Broadway - Suite 2348
  New York, NY 10279 United States

## Certification

Page 1 of 2

Title of Work: Winter koala
Year of Completion: 2017
Date of 1st Publication: Oct 30, 2017

