**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

BALAZS SOLTI,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-00603

Judge Steven C. Seeger

Magistrate Judge M. David Weisman

**PLAINTIFF'S STATUS REPORT**

Pursuant to minute entry order [23], Plaintiff hereby files this status report solely on behalf of Plaintiff.

Plaintiff filed a Motion for Default and Default Judgment [21] on May 12, 2026. Since then, one Defendant has been dismissed. *See* [24]. Plaintiff submitted an updated proposed default judgment order excluding this Defendant to the Court's proposed order inbox on September 25, 2026.

If and once the proposed order is entered, the case can be terminated at the Court's earliest convenience.

DATED: September 25, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 25, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt