AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO. 1:26-cv-00603 | DATE FILED 01/20/2026 | United States District Court<br>Northern District of Illinois |

| PLAINTIFF | DEFENDANT |
|---|---|
| Balazs Solti | The Partnerships Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See Attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order | | 10/13/2026 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | R. Perez | 10/14/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-250-641**

**Effective Date of Registration:**
April 12, 2021

**Registration Decision Date:**
May 11, 2021

## Title

**Title of Work:** Xmas panda

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** August 05, 2015
**Nation of 1st Publication:** Hungary

## Author

- **Author:** Balazs Solti
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** Hungary
  **Year Born:** 1979

## Copyright Claimant

**Copyright Claimant:** Balazs Solti
Vagohid u. 3/A 302, 1097 Budapest, Hungary

## Rights and Permissions

**Organization Name:** Law Offices of John R. Mugno
**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

Title of Work: Xmas panda
Year of Completion: 2015
Date of 1st Publication: August 05, 2015



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-250-630**
**Effective Date of Registration:**
April 12, 2021
**Registration Decision Date:**
May 11, 2021

## Title

**Title of Work:** Bad panda

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** January 26, 2015
**Nation of 1st Publication:** Hungary

## Author

- **Author:** Balazs Solti
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** Hungary
  **Year Born:** 1979

## Copyright Claimant

**Copyright Claimant:** Balazs Solti
Vagohid u. 3/A 302, 1097 Budapest, Hungary

## Rights and Permissions

**Organization Name:** Law Offices of John R. Mugno
**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

Title of Work: Bad panda
Year of Completion: 2015
Date of 1st Publication: January 26, 2015



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-250-706**
**Effective Date of Registration:**
April 12, 2021
**Registration Decision Date:**
May 12, 2021

## Title

**Title of Work:** Being normal is boring

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** August 23, 2014
**Nation of 1st Publication:** Hungary

## Author

- **Author:** Balazs Solti
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** Hungary
  **Year Born:** 1979

## Copyright Claimant

**Copyright Claimant:** Balazs Solti
Vagohid u. 3/A 302, 1097 Budapest, Hungary

## Rights and Permissions

**Organization Name:** Law Offices of John R. Mugno
**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

Title of Work: Being normal is boring
Year of Completion: 2014
Date of 1st Publication: August 23, 2014



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-249-771**

**Effective Date of Registration:**
April 12, 2021
**Registration Decision Date:**
May 05, 2021

## Title

**Title of Work:** Stay cool

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** June 01, 2019
**Nation of 1st Publication:** Hungary

## Author

- **Author:** Balazs Solti
**Author Created:** 2-D artwork
**Work made for hire:** No
**Citizen of:** Hungary
**Year Born:** 1979

## Copyright Claimant

**Copyright Claimant:** Balazs Solti
Vagohid u. 3/A 302, 1097 Budapest, Hungary

## Rights and Permissions

**Organization Name:** Law Offices of John R. Mugno
**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

Title of Work: Stay Cool
Year of Completion: 2019
Date of 1st Publication: June 01, 2019



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-249-774**
**Effective Date of Registration:**
April 12, 2021
**Registration Decision Date:**
May 05, 2021

## Title

**Title of Work:** Summer koala

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** March 05, 2018
**Nation of 1st Publication:** Hungary

## Author

- **Author:** Balazs Solti
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** Hungary
  **Year Born:** 1979

## Copyright Claimant

**Copyright Claimant:** Balazs Solti
Vagohid u. 3/A 302, 1097 Budapest, Hungary

## Rights and Permissions

**Organization Name:** Law Offices of John R. Mugno
**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

Title of Work: Summer koala
Year of Completion: 2018
Date of 1st Publication: March 05, 2018



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-250-635**
**Effective Date of Registration:**
April 12, 2021
**Registration Decision Date:**
May 11, 2021

## Title

**Title of Work:** All you need is love

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** January 29, 2014
**Nation of 1st Publication:** Hungary

## Author

- **Author:** Balazs Solti
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** Hungary
  **Year Born:** 1979

## Copyright Claimant

**Copyright Claimant:** Balazs Solti
Vagohid u. 3/A 302, 1097 Budapest, Hungary

## Rights and Permissions

**Organization Name:** Law Offices of John R. Mugno
**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

Title of Work: All you need is love
Year of Completion: 2014
Date of 1st Publication: January 29, 2014



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-249-663**
**Effective Date of Registration:**
April 12, 2021
**Registration Decision Date:**
May 04, 2021

## Title

**Title of Work:** The winner

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** January 02, 2013
**Nation of 1st Publication:** Hungary

## Author

- **Author:** Balazs Solti
**Author Created:** 2-D artwork
**Work made for hire:** No
**Citizen of:** Hungary
**Year Born:** 1979

## Copyright Claimant

**Copyright Claimant:** Balazs Solti
Vagohid u. 3/A 302, 1097 Budapest, Hungary

## Rights and Permissions

**Organization Name:** Law Offices of John R. Mugno
**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

Title of Work: The winner
Year of Completion: 2013
Date of 1st Publication: January 02, 2013



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-250-644**
**Effective Date of Registration:**
April 12, 2021
**Registration Decision Date:**
May 11, 2021

## Title

**Title of Work:** Winter koala

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 30, 2017
**Nation of 1st Publication:** Hungary

## Author

- **Author:** Balazs Solti
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** Hungary
  **Year Born:** 1979

## Copyright Claimant

**Copyright Claimant:** Balazs Solti
Vagohid u. 3/A 302, 1097 Budapest, Hungary

## Rights and Permissions

**Organization Name:** Law Offices of John R. Mugno
**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

Title of Work: Winter koala
Year of Completion: 2017
Date of 1st Publication: Oct 30, 2017



**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Balazs Solti

Plaintiff,

v.

Case No.: 1:26−cv−00603
Honorable Steven C. Seeger

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 13, 2026:

MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the voluntary dismissal (Dckt. No. [27]), which is self−effectuating under Rule 41(a)(1)(A)(i). The complaint is dismissed without prejudice. Any pending motion is denied as moot. The case is closed. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.